ALEJANDRO, RECURRENTE, *v*. EL REGISTRADOR DE GUAYAMA, RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Guayama negándose a inscribir una venta hecha por virtud de embargo.

No. 583.—Resuelto en marzo 17, 1924.

RECURSO GUBERNATIVO—ALEGATO DEL RECURRENTE.—Cuando en una venta judicial el registrador señala con cierta apariencia de razón varios alegados defectos insubsanables y el recurrente deja de demostrar por medio de alegato en qué consistió el error del registrador, la nota recurrida debe ser confirmada sin más discusión.

Los hechos están expresados en la opinión.

Abogado de la recurrente: *Sr. M. Guzmán Texidor.*

El registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

En este caso fué interpuesto recurso gubernativo contra

la nota del registrador negándose a inscribir una venta hecha por virtud de un embargo. La recurrente no radicó alegato originalmente, y al ser requerida para ello por esta corte hizo caso omiso de dicho requerimiento. Cuando en una venta judicial el registrador señala con cierta apariencia de razón varios alegados defectos insubsanables y el recurrente deja de demostrarnos en qué consistió el error del registrador, la nota recurrida debe ser confirmada sin más discusión. Esta corte no puede asumir la obligación de buscar errores. Debe confirmarse la nota.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey, Hutchison y Franco Soto.